**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| In re: | : | |
| --- | --- | --- |
| | : | In Chapter 13 |
| NORIS C. SANTIAGO | : | |
| | : | No. 20-13242 (AMC) |
| Debtor | : | |
| | : | |

**ORDER**

AND NOW, this 16th day of September, 2020, upon consideration of the Motion of the City of Philadelphia to Dismiss Debtor's Bankruptcy Case as a Bad Faith Filing and Due to the Debtor's Apparent Inability to Reorganize with Appropriate Bars against Re-Filing and the Motion of Spring Garden Community Development Corporation to Dismiss Debtor's Bankruptcy Case as a Bad Faith Filing, with an In Rem Bar Against Re-Filing, or Alternatively for Relief from the Automatic Stay (the "Motion") and any response filed thereto, and for the reasons stated in open court during the Zoom hearing held the Motions on September 16, 2020, it is hereby ORDERED that:

1. The Motions are GRANTED.

2. The Debtor's bankruptcy case is DISMISSED.

3. The Debtor is barred from filing for bankruptcy until September 17, 2022 without first seeking permission of the Bankruptcy Court.

4. Moreover, any future bankruptcy filings at any time by the Debtor, the Debtor's husband, Miguel A. Santiago, Sr., any relative, assignee, or any other party, shall not be effective to stay or postpone the Act 135 conservatorship proceeding, captioned Wolf v. Santiago, and pending in the Court of Common Pleas of Philadelphia County, at docket no. 180104225.

- 2 -

BY THE COURT:

_____
Ashely M. Chan
U.S. Bankruptcy Judge

**Date: September 16, 2020**